SCANNED at PENDLETON and Emailed on 12-6-23 (date) by JL (initials) - 24 pages. (num)

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Demarkus Adams

**FILED**
12/06/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

vs

(Full name of defendant(s))

Christina Harris
J. Jackson

Case Number:

1:23-cv-02185-MPB-TAB

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of **Indiana** (State), and is located at **4490 W. Reformatory Rd, Pendleton, In. 46064** (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Christina Harris** (Name)

D-6 (revised 4/20/2022)    Complaint - 1

A. Parties:

Defendant J. Jackson is a citizen of Indiana and resides at NA and worked for Pendleton C.F. 4490 W. Reformatory Rd. Pendleton, In. 46064.

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)
and (if a person) resides at ___N/A___
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for ___Pendleton C.F.___
___4490 W. Reformatory Rd. Pendleton, In. 46064___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I live in G-cellhouse, which is a segregation unit. On 7-2-23 I was told by officers I was moving to cell 4 on 6 D Range. I asked the shift supervisor Lt. J. Jackson and Sgt. Christina Harris if they can please clean that cell out before they place me in there, because back here in Segregation the officers never give us cleaning supplies to clean. And the inmate that they just moved out

(1)

of that cell was known for cutting on himself. I didn't want to be exposed to something that could seriously make me sick.

When I asked Lt. J. Jackson if I can have the cell cleaned, he told me that this is what I get for putting my hands on staff and to deal with it.

Being that I'm on the very top Range, I had to keep yelling down to talk to the shift Sgt. which is Sgt. Christina Harris.

I asked her to please let me get this cell cleaned.

Sgt. Harris yelled up to me "Keep your hands off staff".

Then Sgt. Harris yelled to me that its too hot up there. That she's not coming to 6 Range. The top Range.

On many times when I heard her on

(2)

D-6 (revised 4/20/2022)   Complaint - 3

## B. Statement of Claim

The Range below me, I would yell to her to please let me clean the cell, that there were blood on the walls, the toilet was so packed full of trash, it would barely flush. There was feces on the floor around the toilet.

Every time I asked Sgt. Harris to please get me cleaning supplies, she would tell me it's what I get as a punishment. To stop crying!

I was forced to stay in that cell from 7-2-23 until 7-16-23.

The entire time, I was never given any cleaning supplies or chemicals to clean, specially the blood that was on the walls.

According to IDOC Policies, we are allowed to have access to cleaning materials at all times, to clean ourselves, and to keep our living areas clean at all times.

I'm suing Sgt. Christina Harris for Retaliation, for actually telling me verbally that this is what I get for something that I did to officers. Which I'm already being punished for by being on lock-up. For Cruel & Unusual Punishment & Deliberate Indifference for making me suffer by placing me in that cell & being forced to be in a space, where theres a high chance for me to get seriously ill or sick.

(3)

B. Statement of Claim

I'm suing Lt. J. Jackson for Retaliation, for actually telling me verbally that this is what I get for something that I did to an officer. Even though I was already being punished by being on lock-up. Also for Cruel & Unusual Punishment & Deliberate Indifference, for making me suffer, by placing me in that cell, knowing that I could seriously get ill & or sick.

As two officers that are in a position where they both run the shift & other officers, they should of handled this situation more professionally than they did.
My health and safety should of been put at the top of their list. Being that my life & health are in their hands here.

My entire Grievance Process is included with this suit and was deemed exhausted by the Grievance Manager.

(4)

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I'm asking for $150,000 for the Pain & suffering I was placed to endure by Prison officers. And by the mental problems this situation has caused me mentally and Physically.

## E. JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this __28__ day of __November__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__230061__
Plaintiff's Prisoner ID Number

__Pendleton C.F. 4490 W.__
__Reformatory Rd, Pendleton, In. 46064__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____ Signature of Plaintiff

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

 I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

# AFFIDAVIT

I, the undersigned, who being first duly sworn upon my oath, hereby swear under penalties for perjury that the following facts are true and correct and within my personal knowledge:

1. I am an American citizen, over the age of twenty-one, and I am not under any legal disability or infirmity which would render me incompetent to testify as to any matter set forth herein;

2. I am a prisoner confined within the Indiana Department of Correction at the Pendleton Correctional Facility, located at 4490 W. Reformatory Road, Pendleton, Indiana, 46064-9001;

3. I and may be contacted at the address above for notice that my appearance is necessary to appear and testify at any hearing or trial at which any matter set forth herein may be material or relevant; and,

4. I provide this Affidavit freely and voluntarily, without coercion of any kind, as my affirmation to appear and testify at any hearing or trial.

5. Lucas moved out of cell 4-6D + moved to 6-4D and inmate Demarkus Adams was placed in my cell 4-6D. G-House. I have mental problems + I cut on myself. officers wouldn't let us

6. clean our cell, so I put blood all over the walls in 4-6D. When they switched me out + put inmate Demarkus Adams in there, they put me under him. He tried to get all the shift

7. Supervisors to let him get cleaning supplies + get chemicals to clean the cell out + they wouldn't do it. when

~ 1 ~

He asked H. Jackson, he was told he shouldn't of touched officers. He

8. asked Sgt. Harris several times & Sgt. Harris told him he shouldn't have touched her fellow officers & that it's too hot upstairs, she's not going up there or getting him cleaning supplies. He asked many times.

I, the undersigned, hereby swear or affirm under penalty for perjury that the above and foregoing representations are true and correct to the best of my personal knowledge and belief.

**FURTHER AFFIANT SAITH NAUGHT.**

Dated: 11, 05, 2023.

(signature) (signed in presence of a Notary)

Jason Schwartz
(printed name)
Affiant / *Pro se*

IDOC # 137123
Pendleton Correctional Facility
4490 W. Reformatory Road
Pendleton, Indiana. 46064-9001

STATE OF INDIANA    )
                    ) SS:  **NOTARIZATION**
COUNTY OF MADISON   )

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public in and for the above State and County, on 27 Nov, 2023

Notary – Signature

Jennifer Schurman
Notary – Printed Name

Feb 19 27
Date My Commission Expires

Hancock
County of Residence

~ 2 ~